■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM BURNEY, Appellant. — Judgment unanimously affirmed. Memorandum: Defendant's motion to dismiss pursuant to CPL 30.30 was properly denied without a hearing. Under the calendar rules of Monroe County, the People "communicate[d] readiness for trial" (see *People v Hamilton*, 46 NY2d 932, 933) when the case was placed upon the Trial Calendar by the court without objection by the District Attorney (*People v Passero*, 83 AD2d 769, application for lv to app den 54 NY2d 765; see, also, *People v Campbell*, 90 AD2d 967; *People v Kellerson*, 84 AD2d 965, application for lv to app den 55 NY2d 830; *People v Everett*, 75 AD2d 1026, application for lv to app den 50 NY2d 1001; and cf. *People v Brothers*, 50 NY2d 413). We have considered defendant's other points and find them to be without merit. (Appeal from judgment of Monroe County Court, Bergin, J. — criminal possession of a forged instrument, second degree.) Present — Dillon, P. J., Simons, Callahan, Boomer and Schnepp, JJ.